THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Robert Eugene Waldrop,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Trial Judge
Henry F. Floyd, Post-Conviction Relief 
 Judge

Memorandum Opinion No. 2004-MO-024
Submitted May 17, 2004 - Filed June 
 1, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of South Carolina Office 
 of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry McMaster, Chief Deputy Attorney General John W. McIntosh, 
 and Assistant Attorney General Christopher Newton, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from an order of 
 the circuit court denying his application for post-conviction relief (PCR), 
 but finding petitioner did not knowingly and intelligently waive his right to 
 a direct appeal.
We deny certiorari as to Question II of the petition for a writ of 
 certiorari; however, because there is sufficient evidence to support the PCR 
 judges finding that petitioner did not knowingly and intelligently waive his 
 right to a direct appeal, we grant certiorari as to Question I and proceed with 
 a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 
 290, 342 S.E.2d 60 (1986), and White v. State, 263 S.C. 110, 208 S.E.2d 
 35 (1974).
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after a review 
 pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 
 493 (1967).  Counsels motion to be relieved is granted.
 DISMISSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.